UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
DONTIE S. MITCHELL,                              :
                                                 :
                Plaintiff,             :
                                                 :
  - against -                                   :    21 Cv. 9070 (NSR)
                                                 :
                                                 :    **NOTICE OF APPEARANCE**
JPAY, LLC, et al.,                               :
                                                 :
                Defendants.            X
----------------------------------------------------------------

      PLEASE TAKE NOTICE that Assistant Attorney General Wesley E. Bauman, duly admitted to practice in this Court, hereby appears in the above captioned matter in representing defendants Robert McCloskey and Daniel Pauselius, on behalf of LETITIA JAMES, Attorney General of the State of New York. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, New York
          December 7, 2022

                                              LETITIA JAMES
                                              Attorney General of the
                                               State of New York
                                             <u>Attorney for Defendants</u>
                                             By:

                                             */s/ Wesley E. Bauman*
                                             WESLEY E. BAUMAN
                                             Assistant Attorney General
                                             28 Liberty Street
                                             New York, New York 10005
                                             (212) 416-8586
                                             Wesley.Bauman@ag.ny.gov

## CERTIFICATE OF SERVICE

<u>Mitchell v. JPay, LLC, et al.</u>, 21 Cv. 9070 (NSR)

Wesley E. Bauman declares the following under penalty of perjury under 28 U.S.C. § 1746:

I am an Assistant Attorney General in the office of Letitia James, the Attorney General of the State of New York, attorney for the State defendants in this action. On December 7, 2022, I served a copy of:

--Notice of Appearance

by placing it in a sealed envelope and depositing the same with the U.S. Postal Service with sufficient postage for first class mail addressed to the plaintiff pro se:

Dontie S. Mitchell
12 Tyler Street, 1st Floor
Troy, New York 12180

Dated: New York, New York
December 7, 2022

<u>/s/ Wesley E. Bauman</u>
WESLEY E. BAUMAN
28 Liberty Street
New York, New York 10005
(212) 416-8586
Wesley.Bauman@ag.ny.gov
